EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Partido Nuevo Progresista<br><br>    Peticionario<br><br>            v.<br><br>Hon. Héctor J. Conty Pérez,<br>Presidente de la Comisión<br>Estatal de Elecciones de<br>Puerto Rico; Comisión Estatal<br>De Elecciones de Puerto Rico;<br>Partido Popular Democrático<br><br>    Recurridos | 2012 TSPR 61<br><br>185 DPR ____ |

Número del Caso: CT-2012-4


Fecha: 3 de abril de 2012


Abogados de la Parte Peticionaria:

                Lcdo. Eric R. Ronda del Toro
                Lcdo. Juan B. Soto Balbas
                Lcdo. Claudio Aliff Ortiz


Abogados de la Parte Recurrida:
Partido Popular Democrático

                Lcdo. Pedro E. Ortíz Alvarez
                Lcdo. Jorge Martínez Luciano
                Lcdo. Pedro R. Ortíz Cortés
                Lcdo. Guillermo San Antonio Acha

Abogado de la Parte Recurrida:
Comisión Estatal de Elecciones

                Lcdo. José L. Nieto Mingo


Materia: Certificación


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Partido Nuevo Progresista                         *Certificación*

     Peticionario

       v.
                                            CT-2012-0004
Hon. Héctor Conty, Presidente
Comisión Estatal de Elecciones
de Puerto Rico; Comisión
Estatal de Elecciones de
Puerto Rico y Partido Popular
Democrático

     Recurridos


RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de abril de 2012.

Examinada la *Moción Urgente en Auxilio de Jurisdicción Solicitando Paralización y Orden Provisional de Cese y Desista* y el *Recurso de Certificación Intrajurisdiccional* presentados por la parte peticionaria de epígrafe, se provee a ambos Ha Lugar.

A esos efectos, **y en aras de garantizar la pureza y la transparencia de los procesos eleccionarios en Puerto Rico,** quedan paralizados los procedimientos del Escrutinio General ordenado por el Presidente de la Comisión Estatal de Elecciones mediante la Resoluciones CEE-RS-12-21 y CEE-RS-12-23 hasta tanto este Tribunal resuelva el *Recurso de Certificación Intrajurisdiccional* presentado por la parte peticionaria de epígrafe.

Se les provee a las partes hasta las **10:00 a.m. del lunes 9 de abril de 2012** para que se expresen en cuanto a los fundamentos del recurso de epígrafe. A su vez, a tenor con la Regla 23(c)(4) del Reglamento del Tribunal Supremo, se cita a las partes para una Vista Oral el **miércoles, 11 de abril de 2012 a las 10:00 a.m. en la sede de este Tribunal.** El término máximo será de una (1) hora: veinticinco (25)

minutos a cada parte para el argumento principal y cinco (5) minutos a cada una para replicar.

Notifíquese inmediatamente a las partes y al Tribunal de Primera Instancia, Sala Superior de San Juan, Sala A, Jueza Superior, Hon. Georgina Candal Segurola, por teléfono, fax, y por la vía ordinaria.

Lo acordó y ordena el Tribunal, y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Martínez Torres emitió un Voto Particular de Conformidad. El Juez Presidente señor Hernández Denton emitió un Voto Particular Disidente al cual se unió la Juez Asociada señora Rodríguez Rodríguez. La Jueza Asociada señora Fiol Matta hace constar la siguiente expresión:

> La Jueza Asociada señora Fiol Matta, en consideración del impacto que una determinación en este caso podría tener sobre los derechos constitucionales a la intimidad, al voto secreto y a la asociación, declararía con lugar la Moción en Auxilio de Jurisdicción para paralizar el escrutinio general, denegaría el recurso de certificación intrajurisdiccional y ordenaría al Tribunal de Primera Instancia que atienda el recurso de revisión presentado por el Partido Nuevo Progresista con celeridad y que emita una decisión sobre el mismo en un término no mayor de cinco días laborables.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo, Interina

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Partido Nuevo Progresista<br><br>Peticionario<br><br>v.<br><br>Hon. Héctor J. Conty Pérez, Presidente de la Comisión Estatal de Elecciones de Puerto Rico; Comisión Estatal de Elecciones de Puerto Rico; Partido Popular Democrático<br><br>Recurridos | CT-2012-004 | |

Voto particular de conformidad del Juez Asociado señor MARTÍNEZ TORRES

En San Juan, Puerto Rico, a 3 de abril de 2012.

El Juez Presidente señor Hernández Denton disiente de la Resolución del Tribunal porque detiene preventivamente el escrutinio de las primarias de 2012. Permitir que continúe el escrutinio, sin embargo, significaría que de prevalecer la parte peticionaria habría que ordenar que se rehaga lo hecho. Rechazo esa inutilidad.

Se queja también de que no se permita al Tribunal de Primera Instancia atender el caso. Si ese foro hubiera atendido este caso con la premura que amerita, nuestra intervención sería innecesaria. Me parece que la disidencia debería ir dirigida al foro que no atendió este caso pero sí le daba prioridad a un *mandamus* contra la parte peticionaria.

La cuestión planteada es una de derecho: Si puede y debe ordenarse que se dé acceso a las listas de votantes en las primarias, como mecanismo para detectar y dilucidar unas alegaciones de fraude electoral. No hay prueba que evaluar, a menos que el Juez Presidente pretenda que se pruebe el fraude alegado antes de resolver si las listas son necesarias precisamente para probar el mismo fraude. Eso no tiene sentido. Por lo tanto, podemos intervenir en esta etapa. El interés público y la tardanza del Tribunal de Primera Instancia para atender el planteamiento de derecho que se trajo a su atención hacen imperativo que intervengamos con premura.

Por último, valga aclarar que los términos para que las partes expongan su posición en una vista oral son los que nuestros reglamentos siempre han recogido. Son los mismos del reglamento de 1996. Si eran adecuados entonces también lo son ahora.

Resolver este asunto con premura promueve la certeza y la confianza en el proceso electoral. El escrutinio de las primarias está cuestionado. Esto tiene que resolverse ya para salvaguardar la confianza del Pueblo en nuestro sistema electoral.


                         RAFAEL L. MARTÍNEZ TORRES
                              Juez Asociado

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Partido Nuevo Progresista

    Peticionario

       v.

                        CT-2012-004

Hon. Héctor J. Conty Pérez,
Presidente de la Comisión
Estatal de Elecciones de
Puerto Rico; Comisión Estatal
de Elecciones de Puerto Rico;
Partido Popular Democrático

    Recurridos

Voto Particular Disidente emitido por el Juez Presidente señor HERNÁNDEZ DENTON al cual se une la Juez Asociada señora RODRÍGUEZ RODRÍGUEZ.

En San Juan, Puerto Rico, a 3 de abril de 2012.

Disentimos de la decisión tomada el día de hoy por este Tribunal al ordenar la certificación del caso de autos y paralizar el Escrutinio General relacionado con las primarias del Partido Nuevo Progresista y el Partido Popular Democrático celebradas el 18 de marzo de 2012.

El 27 de marzo de 2012, la Comisión Estatal de Elecciones (CEE) ordenó, mediante la Resolución CEE-RS-12-21, un "Escrutinio General y recuento de ley institucionalizado", con el propósito de atender serios cuestionamientos sobre la validez de los resultados de las referidas primarias. Insatisfecho, el Partido Nuevo Progresista solicitó a la CEE que,

durante dicho Escrutinio General, se les permitiera a sus observadores verificar en las listas de electores las firmas y la cantidad de votantes de los colegios electorales.

En respuesta, el 30 de marzo de 2012, la CEE denegó la petición del Partido Nuevo Progresista mediante la Resolución CEE-RS-12-23, por entender que conceder acceso a las listas de electores violaría el derecho a la intimidad de estos.

Todavía inconforme, el Partido Nuevo Progresista acudió ante el Tribunal de Primera Instancia y solicitó la revisión de la Resolución CEE-RS-12-23. Así las cosas, dicho tribunal citó a una vista para el miércoles, 11 de abril de 2012. Acto seguido, el Partido Nuevo Progresista acudió ante nos en la tarde de ayer, 2 de abril de 2012, y, en menos de veinticuatro (24) horas, una mayoría de este Tribunal ha paralizado el Escrutinio General, ha certificado el caso para atenderlo directamente y les ha concedido a las partes un solo día laborable para expresarse sobre los méritos de las controversias que presenta el recurso.

Entendemos que no se justifica que este Tribunal, a destiempo, impida que un procedimiento judicial siga su trámite ordinario ante el Tribunal de Primera Instancia, dirigido a revisar la Resolución en controversia y determinar si procede conceder el remedio solicitado por el Partido Nuevo Progresista. Esto es, que se permita que los observadores de todos los partidos tengan acceso a las listas de los electores que emitieron su voto y que se realice el escrutinio desde el Precinto número 1 hasta el Precinto número 110.

Con su proceder, una mayoría de este Tribunal impide que el foro llamado a recibir las alegaciones y la evidencia examine detenidamente unas controversias que atañen importantes derechos constitucionales incluyendo el derecho a la intimidad de los electores, el derecho a la libre asociación y el derecho al voto. En este caso, no se han celebrado vistas y no se ha recibido prueba alguna sobre las imputaciones del peticionario ni sobre la invalidez de la actuación de la CEE. En cambio, este Foro pretende celebrar una vista evidenciaria de escasamente treinta (30) minutos por parte para exponer sus argumentos. Por consiguiente, el procedimiento expedito que se procura seguir impide que esta Corte cuente con el beneficio de un expediente completo sobre el cual emitir una decisión.

Sin duda, este trámite apresurado no abona al clima de confianza y certeza que reclama el país de sus procesos democráticos. Por todo lo anterior, denegaríamos el auto de certificación y permitiríamos que los procedimientos continúen su trámite ordinario ante el Tribunal de Primera Instancia.


Federico Hernández Denton
Juez Presidente